UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Connecticut corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation; and THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BOSA CALIFORNIA, LLC, a California limited liability company; BOSA DEVELOPMENT CALIFORNIA, INC., a California corporation; BOSA DEVELOPMENT CALIFORNIA II, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 18cv251 JM (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE TO FILE PLEADINGS RESPONSIVE TO COMPLAINT** |

The parties jointly move the court to move the deadline for Defendants Bosa California, LLC, Bosa Development California, Inc., and Bosa Development California II, Inc. (collectively, "Defendants") to file pleadings responsive to Plaintiffs St. Paul Fire &

Marine Insurance Company, St. Paul Mercury Insurance Company, and The Travelers Indemnity Company of Connecticut's (collectively, "Plaintiffs") complaint from March 16, 2018, to April 16, 2018. The parties seek this extension because Defendants "are still in the process of evaluating their defenses in this matter." (Doc. No. 3 at 2.)

Good cause appearing, the court grants the motion. Defendants have until *April 16, 2018*, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

DATED: March 13, 2018

JEFFREY T. MILLER
United States District Judge