UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Connecticut corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation; and THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BOSA CALIFORNIA, LLC, a California limited liability company; BOSA DEVELOPMENT CALIFORNIA, INC., a California corporation; BOSA DEVELOPMENT CALIFORNIA II, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 18cv251 JM (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING DATE OF DEFENDANTS' MOTION TO DISMISS COMPLAINT** |

The parties jointly move the court to continue the hearing date for Defendants Bosa California, LLC, Bosa Development California, Inc., and Bosa Development California II, Inc. (collectively, "Defendants") motion to dismiss, (Doc. No. 8), from May 21, 2018, to

1 | June 25, 2018. (Doc. No. 9.) The parties seek this extension to provide Defendants and Plaintiffs St. Paul Fire & Marine Insurance Company, St. Paul Mercury Insurance Company, and The Travelers Indemnity Company of Connecticut's (collectively, "Plaintiffs") the opportunity to "potentially resolve this matter." (Id. at 2.)

Good cause appearing, the court grants the motion. The hearing date for Defendants' motion to dismiss, (Doc. No. 8), is continued from May 21, 2018, to ***June 25, 2018***, at 10:00 a.m. in Courtroom 5D. Plaintiffs' opposition shall be filed no later than ***June 11, 2018***, and Defendants' reply shall be filed no later than ***June 18, 2018***.

IT IS SO ORDERED.

DATED: May 3, 2018

_____
JEFFREY T. MILLER
United States District Judge