UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY; ST. PAUL MERCURY INSURANCE COMPANY; and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,<br><br>Plaintiffs,<br><br>v.<br><br>BOSA CALIFORNIA, LLC; BOSA DEVELOPMENT CALIFORNIA, INC.; BOSA DEVELOPMENT CALIFORNIA II, INC.; and DOES 1-10,<br><br>Defendants. | Case No.: 18cv251 JM (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Plaintiffs St. Paul Fire & Marine Insurance Company, St. Paul Mercury Insurance Company, and Travelers Indemnity Company of Connecticut and Defendants Bosa California, LLC, Bosa Development California, Inc., and Bosa Development California II, Inc. jointly move the court pursuant to Federal Rule of Civil Procedure 41(a)(1) to dismiss Plaintiffs' claims with prejudice. The court grants the motion and dismisses the complaint with prejudice. Each party shall bear their own costs and attorneys' fees. The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

DATED: October 9, 2018

JEFFREY T. MILLER
United States District Judge